IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ANTHONY GAINES** : **CIVIL ACTION**

v. :

**COMMONWEALTH OF PA, et al.** : **NO. 13-03211**

FILED NOV 14 2014 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## ORDER

AND NOW this 14th day of Nov., 2014, upon careful and independent consideration of the petition for a writ of habeas corpus (Doc. No. 1), the response to the petition (Doc. No. 17), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Petition for Writ of Habeas Corpus is denied with prejudice;
2. The Report and Recommendation is APPROVED and ADOPTED;
3. There is no probable cause to issue a certificate of appealability;
4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_/s/ C. Darnell Jones II_
HON. C. DARNELL JONES, II
U.S. District Court Judge

ENTERED
NOV 17 2014
CLERK OF COURT