IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY GAINES** | : | **CIVIL ACTION** |
| v. | : | |
| **COMMONWEALTH OF PA, et al.** | : | **NO. 13-03211** |

FILED
DEC 02 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW this 1st day of Dec., 2014, upon careful and independent consideration of the petition for a writ of habeas corpus (Doc. No. 1), the response to the petition (Doc. No. 17), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Petition for Writ of Habeas Corpus is denied with prejudice;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HON. C. DARNELL JONES, II
U.S. District Court Judge